# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-1251

———————————————

United States of America

*Plaintiff - Appellee*

v.

Jerry N. Brown

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: April 12, 2021
Filed: May 20, 2021
[Unpublished]

——————————

Before LOKEN, WOLLMAN, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Jerry Brown filed this appeal to challenge a condition of supervised release. While the appeal was pending, however, he violated other conditions and received prison time. *See* 18 U.S.C. § 3583(e)(3). With no new term of supervised release

imposed by the district court,[1] nor any reason to expect that he will be subject to the challenged condition again, we dismiss the appeal as moot.[2] *See United States v. Wynn*, 553 F.3d 1114, 1119 (8th Cir. 2009).

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

[2]We note that the government's use of a letter filed under Federal Rule of Appellate Procedure 28(j) to raise mootness "was procedurally irregular." *McGehee v. Neb. Dep't of Corr. Servs.*, 987 F.3d 785, 787 (8th Cir. 2021). The proper vehicle would have been a motion to dismiss the appeal. *Compare* Fed. R. App. P. 27(a)(1) ("An application for an order or other relief is made by motion . . . ."), *with* Fed. R. App. P. 28(j) (allowing the use of a letter to cite "pertinent and significant authorities [that] come to a party's attention after the party's brief has been filed").